**Kenneth Wayne WOODFIN,**
**Petitioner–Appellant,**

v.

**Ronald ANGELONE, Director**
**Department of Corrections,**
**Respondent–Appellee.**

No. 02–7029.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 30, 2002.

Kenneth Wayne Woodfin, Appellant Pro Se. Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenneth Wayne Woodfin seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the magistrate judge's opinion and conclude on the reasoning of the magis-

on officials for mailing. *See* Fed. R.App. P. 4(c); *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

trate judge that Woodfin has not made a substantial showing of the denial of a constitutional right.* *See Woodfin v. Angelone,* No. CA–01–824–3 (E.D. Va. June 11, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* This case was decided by a magistrate judge exercising jurisdiction upon consent of the parties. 28 U.S.C. § 636(c) (2000).